**Dallas E. MAYS, Appellant,**

v.

**MISSOURI BOARD OF PROBATION AND PAROLE, et al.,
Respondent.**

**WD 77528**

Missouri Court of Appeals,
Western District.

Order filed: February 17, 2015

Dallas E. Mays, Appellant Pro–se

Terrence M. Messonnier, Lexington, for Respondent

Before Division Three: Victor C. Howard, Presiding Judge, James E. Welsh, Judge and Gary D. Witt, Judge

### ORDER

PER CURIAM:

Dallas Mays appeals the summary judgment of the trial court in favor of the Missouri Board of Probation and Parole in his declaratory judgment action. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Lynn SHIPLEY, Appellant.**

**WD 76594**

Missouri Court of Appeals,
Western District.

Filed: February 17, 2015

Todd T. Smith, Jefferson City, MO, for respondent.

Margaret M. Johnston, Columbia, MO, for appellant.

Before Division Four: Alok Ahuja, C.J., and Thomas H. Newton and Cynthia L. Martin, JJ.

### ORDER

Following a jury trial in the Circuit Court of Grundy County, Lynn D. Shipley was convicted of sexual misconduct by indecent exposure for exposing his genitals to a child, in violation of § 566.083, RSMo. Shipley appeals, arguing that evidence was insufficient to prove that he acted for the purpose of arousing or gratifying his own sexual desire. We affirm. Because a published opinion would have no precedential value, we have provided the parties an unpublished memorandum setting forth the reasons for this order. Rule 30.25(b).